NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-255


STEVEN D. SKELTON

VERSUS

LESSLE DARNEL SKELTON


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. C-2004-346
HONORABLE JOEL GERARD DAVIS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy, Judges.

**AFFIRMED.**


**Michael Voorhies Matt**
**Attorney at Law**
**P. O. Drawer 191**
**Eunice, LA 70535-0000**
**(337) 457-3322**
**Counsel for Plaintiff/Appellee:**
**Steven D. Skelton**

**Timmy James Fontenot**
**Attorney at Law**
**P. O. Box 68**
**Mamou, LA 70554**
**(337) 468-4052**
**Counsel for Defendant/Appellant:**
**Lessle Darnel Skelton**

**Michelle D Bradley**
**Attorney at Law**
**1202 Common St.**
**Lake Charles, LA 70601**
**(337) 990-0046**
**Counsel for Defendant/Appellant:**
**Lessle Darnel Skelton**